```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PAULA HINES, individually and on behalf of all others similarly situated,

                          Plaintiff,

    -against-

MEMORIAL SLOAN KETTERING CANCER CENTER

                        Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**22-CV-3425 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for settlement purposes (docket no. 5). A telephone conference will be held on **Monday, June 27, 2022, at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

    **The Plaintiff is directed to serve a copy of this order, and the compliant on the Defendant.**

    SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge