# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: (212) 326-8386
tlchase@jonesday.com

July 20, 2022

VIA ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

                                                 Re:    Hines v. Memorial Sloan Kettering Cancer Center, 1:22-cv-03425

Dear Judge Furman:

      The Parties in the above-referenced action write jointly (pursuant to Paragraph 1.F of your Individual Rules) to request an adjournment of the initial pretrial conference currently scheduled for August 10, 2022 at 4:15 p.m. This is the Parties' first request for an adjournment of the initial pretrial conference. The Parties request this adjournment in the interests of judicial economy in light of the settlement conference with Magistrate Judge Parker scheduled on Friday, September 16, 2022 at 10:00 a.m.

Very truly yours,

Application GRANTED.  The initial pretrial conference currently scheduled for August 10, 2022, is hereby ADJOURNED to **September 21, 2022**, at **4:00 p.m**.  The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

*/s/ Jesse M. Furman*

July 21, 2022

s/ Terri L. Chase

Terri L. Chase
Counsel for Defendant

s/ Catherine Anderson

Catherine Anderson
Counsel for Plaintiff

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON