# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

September 14, 2022

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

        Re: <u>Hines v. Memorial Sloan Kettering Cancer Center</u>,
           1:22-cv-03425 (JMF) (KHP)

Dear Judge Furman:

  The Parties in the above-referenced action write jointly (pursuant to Paragraph 1.F of your Individual Rules) to request a very brief, three-week adjournment of the initial pretrial conference currently scheduled for September 21, 2022, at 4:00 p.m. This is the Parties' second request for an adjournment of the initial pretrial conference.

  Since the Parties' first request for an adjournment, which was granted, the Parties have made substantial progress towards settlement. The Parties request this second adjournment in the interests of judicial economy in light of the settlement conference with Magistrate Judge Parker scheduled on Friday, September 16, 2022, at 10:00 a.m. If the Parties are unable to resolve this matter at the settlement conference, or shortly thereafter, the Parties are available on October 12, 2022, and additional dates thereafter, for the initial pretrial conference.

Application GRANTED. The initial pretrial conference currently scheduled for September 21, 2022, is hereby ADJOURNED to **October 12, 2022**, at **9:00 a.m.**

The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

*[signature]*

September 14, 2022

Very truly yours,

s/ *Catherine E. Anderson*

Catherine E. Anderson
Counsel for Plaintiff

s/ *Terri L. Chase*

Terri L. Chase
Counsel for Defendant

90 Broad Street, 2nd Floor, New York, New York 10004, www.gslawny.com, Tel: 212.847.8315