```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAULA HINES, individually and on behalf of all others similarly situated,

                             Plaintiff,

      -against-

MEMORIAL SLOAN KETTERING CANCER CENTER

                            Defendant.
-----------------------------------------------------------------X

**ORDER OF DISMISSAL**

**22-CV-3425 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In this action under the Fair Labor Standards Act, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a letter detailing why they believe the proposed settlement agreement is fair, reasonable, and adequate. (ECF No. 27.) This Court has reviewed the parties' submissions to determine whether the proposed agreement represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in Plaintiffs' letter and the terms of the proposed settlement agreement it is hereby ORDERED that:

    1.    The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiffs' claims in this action and to compensate Plaintiff's counsel for their legal fees, and the agreement is therefore approved.

2. As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs.

3. The Clerk of Court is directed to close this case on the Docket of the Court.

**SO ORDERED.**

Dated: November 10, 2022
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge